# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| KRYSTAL SIMPSON, <br><br> Plaintiff, <br><br> v. <br><br> THE LAW FIRM OF KRISOR & ASSOCIATES, <br><br> Defendant. | CASE NO. 3:23-CV-617-JD-MGG |

## ORDER

Upon consideration of the Code of Conduct for United States Judges and in order to avoid any appearance of impropriety, the undersigned hereby **RECUSES** himself from all further proceedings in this case.  The Clerk is **ORDERED** to randomly reassign this case to a Magistrate Judge within the District for the purpose of conducting all non-dispositive pretrial proceedings, pursuant to 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a) and the General Orders of this Court.

**SO ORDERED** this 5th day of July 2023.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge